### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| In re: | Case No. 11-51922-FJS |
| JASON L. DALSON and | Chapter 13 |
| SHANNON M. DALSON, | |
| Debtors. | |

### CONSENT ORDER SETTLING MOTION TO DISMISS
### FOR FAILURE TO MAKE PAYMENTS

THIS MATTER CAME to be heard upon the Motion for Dismissal for Failure to Make Payments filed by R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee").  Upon the representation of the parties that the matter has been settled; it is hereby

It is **ORDERED** the Trustee's Motion to Dismiss for Failure to Make Payments is **SETTLED**.  Jason L. Dalson and Shannon M. Dalson (the "Debtors") shall cure their payment arrearages of $2,294.00, calculated through April 2013, on or before May 31, 2013.  The Debtors shall make these cure payments with the assistance of both of their fathers.

It is **FURTHER ORDERED** the Debtors shall resume their regular payments in the amount of $875.00 in May 2013, for the remaining term of the plan.

It is **FURTHER ORDERED** if the Debtors fail to comply with the terms of this Consent Order, or falls more than thirty (30) days in arrears for the remainder of the plan term, an Order of Dismissal may be filed with and entered by this Court without further hearing; and

It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to those parties named on the attached copy list.

R. Clinton Stackhouse, Jr. VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, VA  23435
(757) 333-4000-telephone
(757) 333-3434-facsimile

Entered at Newport News this  _____ day of _____, 2013.

_____
                                                    JUDGE

Notice of entry of Order or Judgment _____

I ASK FOR THIS:

/s/ R. Clinton Stackhouse, Jr.

_____-
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

AGREED:

/s/ Shanna C. Harris for Kim A. Lewis

_____-
Kim A. Lewis, Esquire
Counsel for Debtors

## LOCAL RULE 9022-1 CERTIFICATE

I hereby certify that in accordance with Local Rule 9002-1, this Order has been endorsed by all parties.

/s/ R. Clinton Stackhouse, Jr.
_____

Copy List:

Kim A. Lewis, Esquire
2017 Cunningham Drive, Suite 402
Hampton, VA  23666

Jason L. Dalson
Shannon M. Dalson
94 Messick Road
Poquoson, VA  23662